# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** RONALD W & KRISTEN M. HALLAS
- **Case Number:** 16-22388-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 19, 2017 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#6 - Final Confirmation of Plan Dated 6/29/2016 (NFC)
#26 - Objection filed by Allgheny County, First Niagara Bank N.A.
R / M #:  6 / 0

*[Stamp: RECEIVED 2017 JAN 19 PM 04, CLERK U.S. BANKRUPTCY COURT, PITTSBURGH]*

*[Handwritten: Debtor still under employed]*

**Appearances:**

- Debtor: Spyra
- Trustee: Winnecour / Bedford / Pail / **Katz**
- Creditor: Wm brodt — First Niagra

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **3/16/17** at **9:30 Am**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[Handwritten notes: Issue concerning best effort in light of expenses in Schedule J to be paid through plan. Cont. for amended schedule J, employment status, and Hud I]*