# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** RONALD W & KRISTEN M. HALLAS
**Case Number:** 16-22388-GLT        **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 16, 2017 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6 - Continued Confirmation of Plan Dated 6/29/2016 (NFC)
R / M #: 6 / 0

RECEIVED 2017 MAR 16 P 3:56 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### Appearances:

**Debtor:** Spyra
**Trustee:** Winnecour / ~~Bedford~~ / Pail / Katz
**Creditor:**

### Proceedings:

Still waiting for copy of HUD-1
H still unemployed

**Outcome:** Need W.O. - 1594 needed as of 4/1/17

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  7-27-17  at  9:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/9/2017    8:59:57AM