Form 237

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Ronald W Hallas Jr.** : | Case No. 16–22388–GLT |
| **Kristen M. Hallas** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| KeyBank N.A. as S/B/M to First Niagara N.A. : | |
| *Movant,* : | Related to Claim No. 14 |
| : | |
| v. : | |
| Ronald W Hallas Jr. : | |
| Kristen M. Hallas : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

**ORDER**

        **AND NOW**, this **21st day of April, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by **KeyBank N.A. as S/B/M to First Niagara N.A.** at Claim No. 14 in the above–captioned bankruptcy case,

        It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)    an *AMENDED CHAPTER 13 PLAN;*

(2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22388-GLT
Ronald W Hallas, Jr.                                                      Chapter 13
Kristen M. Hallas
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: ddoy              Page 1 of 1              Date Rcvd: Apr 21, 2017
                               Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
db/jdb         +Ronald W Hallas, Jr.,    Kristen M. Hallas,    900 Pineview Drive,    Elizabeth, PA 15037-9418
cr             +KeyBank N.A. S/B/M First Niagara,    KeyBank N.A.,    4910 Tiedeman Road,
                 4910 Tiedeman Road, 4910,    Brooklyn, Oh 44144-2338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Debtor Ronald W Hallas, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James  Warmbrodt    on behalf of Creditor    FIRST NIAGARA BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Elizabeth Forward School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    FIRST NIAGARA BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8