**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-22388-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Ronald W Hallas, Jr.<br>900 Pineview Drive<br>Elizabeth PA 15037 | Kristen M. Hallas<br>900 Pineview Drive<br>Elizabeth PA 15037 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: FIRST NIAGARA BANK, N.A., First Niagara Bank, PO Box 514, Lockport, NY 14095 | KeyBank N.A.<br>4910 Tiedeman Rd<br>Brooklyn, Ohio 44144 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/25/19

Michael R. Rhodes
**CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 16-22388-GLT
Ronald W Hallas, Jr.                                                Chapter 13
Kristen M. Hallas
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: Aug 23, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14295830       +E-mail/Text: fnb.bk@fnfg.com Aug 24 2019 02:20:59      FIRST NIAGARA BANK, N.A.,
                 First Niagara Bank,    PO Box 514,    Lockport, NY 14095-0514
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor Ronald W Hallas, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt    on behalf of Creditor    FIRST NIAGARA BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Elizabeth Forward School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    FIRST NIAGARA BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 8