**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **RONALD W HALLAS, JR.** |
| Debtor 2 (Spouse, if filing) | **KRISTEN M. HALLAS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-22388GLT** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | KEYBANK NA** |
| Court claim no. (if known): | 14-2 |
| Last 4 digits of any number you use to identify the debtor's account | 9 2 2 5 |
| Property Address: | 900 PINEVIEW DR<br>ELIZABETH PA 15037 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**  Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 12,661.11 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 12,661.11 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 12,661.11 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $ $503.62

The next postpetition payment is due on   9 / 1 / 2021
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Debtor 1 **RONALD W HALLAS, JR.**
Name

Case number *(if known)* **16-22388GLT**

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour
Signature

Date 09/03/2021

Trustee      Ronda J. Winnecour

Address      CHAPTER 13 TRUSTEE WD PA
             600 GRANT STREET
             SUITE 3250 US STEEL TWR
             PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | RONALD W HALLAS, JR. | | Case number *(if known)* | 16-22388GLT |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 05/25/2018 | 1080228 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 181.35 |
| 06/22/2018 | 1083420 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 328.30 |
| 07/26/2018 | 1086569 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 327.50 |
| 08/28/2018 | 1089804 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 326.68 |
| 12/21/2018 | 1102510 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 208.60 |
| 01/25/2019 | 1105664 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 319.87 |
| 04/21/2019 | 1102510 | FIRST NIAGARA BANK | CANCELLED CHECK TO CREDITOR/PRINC | -208.60 |
| 05/15/2019 | 1105664 | FIRST NIAGARA BANK | CANCELLED CHECK TO CREDITOR/PRINC | -319.87 |
| 08/27/2019 | 1129785 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 5,667.12 |
| 12/23/2019 | 1143277 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 302.74 |
| 01/28/2020 | 1146731 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 322.10 |
| 02/25/2020 | 1150257 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 321.24 |
| 03/23/2020 | 1153735 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 320.41 |
| 07/29/2020 | 1166796 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 195.37 |
| 08/25/2020 | 1169871 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,208.30 |
| 09/28/2020 | 1172958 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 279.65 |
| 10/26/2020 | 1176048 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 292.92 |
| 11/24/2020 | 1179129 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 292.13 |
| 12/21/2020 | 1182080 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 291.33 |
| 01/25/2021 | 1185041 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 290.52 |
| 02/22/2021 | 1188162 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 289.72 |
| 03/26/2021 | 1191443 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 288.91 |
| 06/25/2021 | 1201025 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 102.15 |
| 08/26/2021 | 1207359 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,032.67 |
| | | | | 12,661.11 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/26/2016 | 1017136 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 2,368.62 |
| 11/21/2016 | 1020510 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 810.39 |
| 12/21/2016 | 1023766 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 810.36 |
| 01/27/2017 | 1027204 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 812.91 |
| 02/24/2017 | 1030655 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 812.92 |
| 03/28/2017 | 1034066 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 812.94 |
| 04/21/2017 | 1037414 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 810.42 |
| 05/25/2017 | 1040676 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 810.45 |
| 06/27/2017 | 1044033 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 810.49 |
| 07/25/2017 | 1047362 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 810.53 |
| 08/25/2017 | 1050701 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 960.73 |
| 09/26/2017 | 1054010 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 960.84 |
| 10/25/2017 | 1057381 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 953.03 |
| 11/21/2017 | 1060673 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 1,003.99 |
| 01/25/2018 | 1067348 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 1,118.49 |
| 02/23/2018 | 1070571 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 1,128.47 |
| 03/28/2018 | 1073744 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 1,030.02 |
| 04/24/2018 | 1076983 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 05/25/2018 | 1080228 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 06/22/2018 | 1083420 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 07/26/2018 | 1086569 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 08/28/2018 | 1089804 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 10/29/2018 | 1096190 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 1,137.83 |
| 11/27/2018 | 1099392 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 1,132.42 |
| 12/21/2018 | 1102510 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 788.95 |
| 01/25/2019 | 1105664 | FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 02/17/2019 | 1096190 | FIRST NIAGARA BANK | CANCELLED CHECK TO CREDITOR/CONT | -1,137.83 |
| 03/21/2019 | 1099392 | FIRST NIAGARA BANK | CANCELLED CHECK TO CREDITOR/CONT | -1,132.42 |
| 04/21/2019 | 1102510 | FIRST NIAGARA BANK | CANCELLED CHECK TO CREDITOR/CONT | -788.95 |
| 05/15/2019 | 1105664 | FIRST NIAGARA BANK | CANCELLED CHECK TO CREDITOR/CONT | -764.80 |
| 08/27/2019 | 1129785 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 9,177.60 |
| 10/24/2019 | 1136422 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,187.76 |
| 11/25/2019 | 1139887 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,106.64 |
| 12/23/2019 | 1143277 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 01/28/2020 | 1146731 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 02/25/2020 | 1150257 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |

| Debtor 1 | **RONALD W HALLAS, JR.** | Case number *(if known)* | **16-22388GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 03/23/2020 | 1153735 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 05/26/2020 | 1160535 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,146.03 |
| 06/26/2020 | 1163669 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,095.54 |
| 07/29/2020 | 1166796 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 817.63 |
| 08/25/2020 | 1169871 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 09/28/2020 | 1172958 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 10/26/2020 | 1176048 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 11/24/2020 | 1179129 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 12/21/2020 | 1182080 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 01/25/2021 | 1185041 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 02/22/2021 | 1188162 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 03/26/2021 | 1191443 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 05/25/2021 | 1197845 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,117.08 |
| 06/25/2021 | 1201025 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 1,177.32 |
| 07/26/2021 | 1204236 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 764.80 |
| 08/26/2021 | 1207359 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 265.35 |
| | | | | 47,682.95 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

RONALD W HALLAS, JR.
KRISTEN M. HALLAS
900 PINEVIEW DRIVE
ELIZABETH, PA  15037

DENNIS J SPYRA ESQ
119 FIRST AVE
PITTSBURGH, PA  15222

KEYBANK NA**
POB 94968
CLEVELAND, OH  44101

KEYBANK NA**
ATTN NOTICES - BANKRUPTCY
4910 TIEDEMAN RD
BROOKLYN, OH  44144

BRIAN C NICHOLAS ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


9/3/21                                                            /s/ Roberta Saunier
                                                                  Administrative Assistant
                                                                  Office of the Chapter 13 Trustee