Form 106−C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Ronald W Hallas, Jr. and Kristen M. Hallas

CASE NUMBER: 16−22388−GLT

RELATED TO DOCUMENT NO: 72

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Response to Notice of Final Cure Mortgage Payment that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THIS DOCUMENT MUST BE REFILED ENSURING THE FILERS LOGIN MATCHES THE SIGNATURE DESIGNATION EXACTLY AND FULLY COMPLY WITH W.PA.LBR 5005−6 REGARDING ELECTRONIC SIGNATURES.

You must file a corrected Response to Notice of Final Cure Mortgage Payment within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Response to Notice of Final Cure Mortgage Payment that is filed in response to this Notice.**

Dated this The 23rd of September, 2021

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22388-GLT |
| Ronald W Hallas, Jr. | Chapter 13 |
| Kristen M. Hallas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Sep 23, 2021 | Form ID: 106c | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 23 2021 23:32:00 | KeyBank N.A., 4910 Tiedeman Road, Attn: Alexis Romero, Sr. Specialist, Brooklyn, OH 44144-2338 |
| 15107026 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 23 2021 23:32:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor FIRST NIAGARA BANK  N.A. bnicholas@kmllawgroup.com |
| Dennis J. Spyra | |
| | on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Dennis J. Spyra | |
| | on behalf of Debtor Ronald W Hallas  Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com |

District/off: 0315-2 User: dpas Page 2 of 2
Date Rcvd: Sep 23, 2021 Form ID: 106c Total Noticed: 2

Garry Alan Masterson
    on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Joshua I. Goldman
    on behalf of Creditor FIRST NIAGARA BANK  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9