Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronald W Hallas Jr.** | : | Case No. 16−22388−GLT |
| **Kristen M. Hallas** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 74 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/17/21 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 27th of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 74 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before November 8, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 17, 2021 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22388-GLT |
| Ronald W Hallas, Jr. | Chapter 13 |
| Kristen M. Hallas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Hallas, Jr., 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| jdb | #+ | Kristen M. Hallas, 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, Oh 44144-2338 |
| 14252269 | + | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14273963 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252276 | + | Climatech, Inc., 200 Bilmar Drive, Pittsburgh, PA 15205-4601 |
| 14279063 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14255046 | + | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15273422 | + | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15288127 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14252283 | + | National City Card Services, 4661 East Main Street, Columbus, OH 43251-0001 |
| 14252284 | + | The Recievable Manangement, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15273421 | + | Township of Elizabeth, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14252285 | + | Us Dept of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 14278132 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 27 2021 23:39:38 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:27 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14270212 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14272139 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14252268 | | Email/Text: bankruptcy@bbandt.com | Sep 27 2021 23:24:00 | BB&T, P.O. Box 1847, Wilson, NC 27894 |
| 14252271 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14252272 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 27 2021 23:25:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14252277 | | Email/Text: svlainich@communitybank.tv | Sep 27 2021 23:25:00 | Community Bank, P.O. Box 357, 100 North |

| Recip ID | | Notice Type | Sent Time | Name and Address |
|---|---|---|---|---|
| | | | | Market Street, Carmichaels, PA 15320 |
| 14256600 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 27 2021 23:39:50 | Capital One Auto Finance, c/o AIS Portfolio Service, 4515 N Santa Fe Ave.Dept. APS, Oklahoma City, OK 73118-7901 |
| 14252275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:41 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14295830 | + | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | FIRST NIAGARA BANK, N.A., First Niagara Bank, PO Box 514, Lockport, NY 14095-0514 |
| 14277312 | | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14252279 | + | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252281 | | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | First Niagra Bank, N.A., P.O. Box 28, Buffalo, NY 14240-0028 |
| 14252273 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:35 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14252274 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:47 | Chase, P.O. Box 15325, Wilmington, DE 19886 |
| 15107026 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 27 2021 23:25:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14252282 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14302382 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14255491 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14257196 | | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:40 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | FIRST NIAGARA BANK, N.A. |
| cr | *+ | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14252270 | *+ | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14252280 | *+ | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252278 | ##+ | Department of Education, FedLoan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 36 |

Date: Sep 29, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
                    on behalf of Creditor FIRST NIAGARA BANK  N.A. bnicholas@kmllawgroup.com

Dennis J. Spyra
                    on behalf of Debtor Ronald W Hallas  Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com

Dennis J. Spyra
                    on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com
                    deborah@dennisspyra.com;missdebrastone@msn.com

Garry Alan Masterson
                    on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com

Jeffrey R. Hunt
                    on behalf of Creditor Allegheny County jhunt@grblaw.com

Jennifer L. Cerce
                    on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Joshua I. Goldman
                    on behalf of Creditor FIRST NIAGARA BANK  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 9