Form 614

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald W Hallas Jr.** | : | Case No. 16−22388−GLT |
| **Kristen M. Hallas** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Hearing Date: 11/17/21 at 11:00 AM |
| | : | Response Date: 11/8/2021 |

## ORDER SETTING STATUS CONFERENCE

**AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

☒ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

☒ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 9/27/2021 [Doc. No. 76] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

    1. A status conference shall be held on **November 17, 2021 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 11/8/2021.

    2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: September 27, 2021

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22388-GLT |
| Ronald W Hallas, Jr. | Chapter 13 |
| Kristen M. Hallas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: Sep 27, 2021 | Form ID: 614 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Hallas, Jr., 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| jdb | #+ | Kristen M. Hallas, 900 Pineview Drive, Elizabeth, PA 15037-9418 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021            Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor FIRST NIAGARA BANK  N.A. bnicholas@kmllawgroup.com |
| Dennis J. Spyra | |
| | on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Dennis J. Spyra | |
| | on behalf of Debtor Ronald W Hallas  Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com |
| Garry Alan Masterson | |

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 614 | Total Noticed: 2 |

on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com

Jeffrey R. Hunt
   on behalf of Creditor Allegheny County jhunt@grblaw.com

Jennifer L. Cerce
   on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Joshua I. Goldman
   on behalf of Creditor FIRST NIAGARA BANK  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 9