**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RONALD W HALLAS, JR.<br>KRISTEN M. HALLAS<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-22388<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,  **\***
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

**\* Elizabeth Township r/e taxes**
**year 17-19**
**Elizabeth Township EIT tax year 17**
**Elizabeth Forward SD EIT tax year 17**
**are all excepted from discharge.**

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/29/2016 and confirmed on 8/11/16. The case was subsequently    Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,999.00 |
| Less Refunds to Debtor | 678.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,320.24 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,434.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,934.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KEYBANK NA**  Acct: 9225 | 0.00 | 47,682.95 | 0.00 | 47,682.95 |
|   KEYBANK NA**  Acct: 9225 | 12,661.11 | 12,661.11 | 0.00 | 12,661.11 |
|   ELIZABETH FORWARD SD (ELIZABETH B(  Acct: F371 | 4,489.31 | 4,489.31 | 1,618.93 | 6,108.24 |
|   ELIZABETH FORWARD SD (ELIZABETH B(  Acct: F371 | 1,011.50 | 1,011.50 | 0.00 | 1,011.50 |
|   COUNTY OF ALLEGHENY (RE TAX)*  Acct: F371 | 1,024.53 | 1,024.53 | 323.52 | 1,348.05 |
|   COUNTY OF ALLEGHENY (RE TAX)*  Acct: F371 | 282.43 | 282.43 | 0.00 | 282.43 |
|   ELIZABETH TOWNSHIP (RE)  Acct: 9299 | 1,416.52 | 1,416.52 | 153.40 | 1,569.92 |
|   ELIZABETH TOWNSHIP (RE)  Acct: 9299 | 340.56 | 340.56 | 0.00 | 340.56 |
|   ELIZABETH TOWNSHIP (RE)  Acct: 0371 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE AUTO FINANCE**  Acct: 9583 | 14,795.16 | 14,795.16 | 1,586.05 | 16,381.21 |
| | | | | 87,385.97 |
| **Priority** | | | | |
|   DENNIS J SPYRA ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RONALD W HALLAS, JR.  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RONALD W HALLAS, JR.  Acct: | 678.76 | 678.76 | 0.00 | 0.00 |
|   DENNIS J SPYRA & ASSOCIATES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DENNIS J SPYRA ESQ  Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   ELIZABETH TOWNSHIP (RE)  Acct: 9299 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ELIZABETH TOWNSHIP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9299 | | | | |
| ELIZABETH TOWNSHIP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9299 | | | | |
| ELIZABETH FORWARD SD (ELIZABETH T\ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9299 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRENDAN KEITH PETRICK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECAST SETTLEMENT CORP | 2,546.81 | 0.00 | 0.00 | 0.00 |
| Acct: 0201 | | | | |
| CLIMATECH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMUNITY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANI | 9,133.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2209 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANI | 4,230.46 | 0.00 | 0.00 | 0.00 |
| Acct: 3832 | | | | |
| CAPITAL ONE NA** | 424.69 | 0.00 | 0.00 | 0.00 |
| Acct: 4027 | | | | |
| PNC BANK NA | 7,176.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0659 | | | | |
| REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 258.46 | 0.00 | 0.00 | 0.00 |
| Acct: 0125 | | | | |
| ALLY BANK** | 530.38 | 0.00 | 0.00 | 0.00 |
| Acct: 4349 | | | | |
| ALLY FINANCIAL** | 11,532.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6978 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANI | 192.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7204 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANI | 8,693.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6978 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANI | 5,698.48 | 0.00 | 0.00 | 0.00 |
| Acct: 8300 | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9016 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                        87,385.97

```
TOTAL CLAIMED
    PRIORITY              0.00
    SECURED          36,021.12
    UNSECURED        50,418.51
```

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RONALD W HALLAS, JR.
    KRISTEN M. HALLAS
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-22388

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.  *****

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**\* Elizabeth Township r/e taxes year 17-19**
**Elizabeth Township EIT tax year 17**
**Elizabeth Forward SD EIT tax year 17 are all excepted from discharge.**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 16-22388-GLT
Ronald W Hallas, Jr.   Chapter 13
Kristen M. Hallas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3
Date Rcvd: Sep 27, 2021      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Hallas, Jr., 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| jdb | #+ | Kristen M. Hallas, 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, Oh 44144-2338 |
| 14252269 | + | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14273963 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252276 | + | Climatech, Inc., 200 Bilmar Drive, Pittsburgh, PA 15205-4601 |
| 14279063 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14255046 | + | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15273422 | + | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15288127 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14252283 | + | National City Card Services, 4661 East Main Street, Columbus, OH 43251-0001 |
| 14252284 | + | The Recievable Manangement, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15273421 | + | Township of Elizabeth, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14252285 | + | Us Dept of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 14278132 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 27 2021 23:39:38 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:52 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14270212 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14272139 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14252268 | | Email/Text: bankruptcy@bbandt.com | Sep 27 2021 23:24:00 | BB&T, P.O. Box 1847, Wilson, NC 27894 |
| 14252271 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:48 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14252272 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 27 2021 23:25:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14252277 | | Email/Text: svlainich@communitybank.tv | Sep 27 2021 23:25:57 | Community Bank, P.O. Box 357, 100 North |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Market Street, Carmichaels, PA 15320 |
| 14256600 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 27 2021 23:39:38 | Capital One Auto Finance, c/o AIS Portfolio Service, 4515 N Santa Fe Ave.Dept. APS, Oklahoma City, OK 73118-7901 |
| 14252275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:53 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14295830 | + | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | FIRST NIAGARA BANK, N.A., First Niagara Bank, PO Box 514, Lockport, NY 14095-0514 |
| 14277312 | | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14252279 | + | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252281 | | Email/Text: fnb.bk@fnfg.com | Sep 27 2021 23:25:00 | First Niagra Bank, N.A., P.O. Box 28, Buffalo, NY 14240-0028 |
| 14252273 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:35 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14252274 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:22 | Chase, P.O. Box 15325, Wilmington, DE 19886 |
| 15107026 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 27 2021 23:25:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14252282 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14302382 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14255491 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14257196 | | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:27 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | FIRST NIAGARA BANK, N.A. |
| cr | *+ | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14252270 | *+ | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14252280 | *+ | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252278 | ##+ | Department of Education, FedLoan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 36 |

Date: Sep 29, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
on behalf of Creditor FIRST NIAGARA BANK  N.A. bnicholas@kmllawgroup.com

Dennis J. Spyra
on behalf of Debtor Ronald W Hallas  Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com

Dennis J. Spyra
on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com

Garry Alan Masterson
on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com

Jeffrey R. Hunt
on behalf of Creditor Allegheny County jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Joshua I. Goldman
on behalf of Creditor FIRST NIAGARA BANK  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 9