| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Ronald W Hallas Jr.** | Social Security number or ITIN | xxx–xx–9299 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kristen M. Hallas** | Social Security number or ITIN | xxx–xx–2382 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **16–22388–GLT** | | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald W Hallas Jr.                                         Kristen M. Hallas

                                                            **By the court:**    Gregory L. Taddonio
11/10/21                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 16-22388-GLT
Ronald W Hallas, Jr. | Chapter 13
Kristen M. Hallas
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 3
Date Rcvd: Nov 10, 2021     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Hallas, Jr., 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| jdb | #+ | Kristen M. Hallas, 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, Oh 44144-2338 |
| 14252269 | + | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14252276 | + | Climatech, Inc., 200 Bilmar Drive, Pittsburgh, PA 15205-4601 |
| 14279063 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14255046 | + | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15273422 | + | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15288127 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14252283 | + | National City Card Services, 4661 East Main Street, Columbus, OH 43251-0001 |
| 14252284 | + | The Recievable Manangement, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15273421 | + | Township of Elizabeth, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 11 2021 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 11 2021 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2021 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Nov 11 2021 04:38:00 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: RECOVERYCORP.COM | Nov 11 2021 04:38:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14270212 | | EDI: GMACFS.COM | Nov 11 2021 04:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14272139 | | EDI: GMACFS.COM | Nov 11 2021 04:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14252268 | | Email/Text: bankruptcy@bbandt.com | Nov 10 2021 23:40:00 | BB&T, P.O. Box 1847, Wilson, NC 27894 |
| 14252271 | | EDI: CAPITALONE.COM | Nov 11 2021 04:38:00 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14252272 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 10 2021 23:40:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14252277 | | Email/Text: svlainich@communitybank.tv | Nov 10 2021 23:40:00 | Community Bank, P.O. Box 357, 100 North Market Street, Carmichaels, PA 15320 |
| 14256600 | + | EDI: AISACG.COM | Nov 11 2021 04:38:00 | Capital One Auto Finance,c/o AIS Portfolio Service, 4515 N Santa Fe Ave.Dept. APS, Oklahoma City, OK 73118-7901 |
| 14273963 | | EDI: BL-BECKET.COM | Nov 11 2021 04:38:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252275 | + | EDI: CITICORP.COM | Nov 11 2021 04:38:00 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14295830 | + | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | FIRST NIAGARA BANK, N.A., First Niagara Bank, PO Box 514, Lockport, NY 14095-0514 |
| 14277312 | | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14252279 | + | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252281 | | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | First Niagra Bank, N.A., P.O. Box 28, Buffalo, NY 14240-0028 |
| 14252273 | | EDI: JPMORGANCHASE | Nov 11 2021 04:38:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14252274 | | EDI: JPMORGANCHASE | Nov 11 2021 04:38:00 | Chase, P.O. Box 15325, Wilmington, DE 19886 |
| 15107026 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 10 2021 23:40:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14252282 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 23:39:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14302382 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:39:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14255491 | | EDI: Q3G.COM | Nov 11 2021 04:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14257196 | | EDI: RECOVERYCORP.COM | Nov 11 2021 04:38:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14252285 | + | EDI: ECMC.COM | Nov 11 2021 04:38:00 | Us Dept of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 14278132 | | EDI: ECAST.COM | Nov 11 2021 04:38:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | FIRST NIAGARA BANK, N.A. |
| cr | *+ | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

Case 16-22388-GLT    Doc 88    Filed 11/12/21    Entered 11/13/21 00:29:20    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: agro | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 3180W | Total Noticed: 38 |

| 14252270 | *+ | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14252280 | *+ | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252278 | ##+ | Department of Education, FedLoan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor FIRST NIAGARA BANK  N.A. bnicholas@kmllawgroup.com

Dennis J. Spyra
    on behalf of Debtor Ronald W Hallas  Jr. attorneyspyra@dennisspyra.com

Dennis J. Spyra
    on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com

Garry Alan Masterson
    on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Joshua I. Goldman
    on behalf of Creditor FIRST NIAGARA BANK  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9