# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/10/21 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RONALD W HALLAS, JR.
KRISTEN M. HALLAS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 16-22388

Chapter 13

Related to Docket No. 74

## ORDER OF COURT

AND NOW, this \_\_\_\_\_10th Day of November, 2021_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.   *

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

```
* Elizabeth Township r/e taxes
year 17-19
Elizabeth Township EIT tax year 17
Elizabeth Forward SD EIT tax year 17
are all excepted from discharge.
```

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22388-GLT |
| Ronald W Hallas, Jr. | Chapter 13 |
| Kristen M. Hallas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: agro | Page 1 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Hallas, Jr., 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| jdb | #+ | Kristen M. Hallas, 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, Oh 44144-2338 |
| 14252269 | + | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14273963 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252276 | + | Climatech, Inc., 200 Bilmar Drive, Pittsburgh, PA 15205-4601 |
| 14279063 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14255046 | + | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15273422 | + | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15288127 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14252283 | + | National City Card Services, 4661 East Main Street, Columbus, OH 43251-0001 |
| 14252284 | + | The Recievable Manangement, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15273421 | + | Township of Elizabeth, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14252285 | + | Us Dept of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 14278132 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2021 23:51:32 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 10 2021 23:51:26 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14270212 | | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2021 23:39:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14272139 | | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2021 23:39:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14252268 | | Email/Text: bankruptcy@bbandt.com | Nov 10 2021 23:40:00 | BB&T, P.O. Box 1847, Wilson, NC 27894 |
| 14252271 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 23:51:37 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14252272 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 10 2021 23:40:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14252277 | | Email/Text: svlainich@communitybank.tv | Nov 10 2021 23:40:00 | Community Bank, P.O. Box 357, 100 North |

Case 16-22388-GLT    Doc 89    Filed 11/12/21    Entered 11/13/21 00:29:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Market Street, Carmichaels, PA 15320 |
| 14256600 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2021 23:51:38 | Capital One Auto Finance, c/o AIS Portfolio Service, 4515 N Santa Fe Ave.Dept. APS, Oklahoma City, OK 73118-7901 |
| 14252275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 23:51:28 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14295830 | + | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | FIRST NIAGARA BANK, N.A., First Niagara Bank, PO Box 514, Lockport, NY 14095-0514 |
| 14277312 | | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14252279 | + | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252281 | | Email/Text: fnb.bk@fnfg.com | Nov 10 2021 23:40:00 | First Niagra Bank, N.A., P.O. Box 28, Buffalo, NY 14240-0028 |
| 14252273 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2021 23:51:30 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14252274 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2021 23:51:25 | Chase, P.O. Box 15325, Wilmington, DE 19886 |
| 15107026 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 10 2021 23:40:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14252282 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 23:39:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14302382 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:39:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14255491 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14257196 | | Email/PDF: rmscedi@recoverycorp.com | Nov 10 2021 23:51:26 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | FIRST NIAGARA BANK, N.A. |
| cr | *+ | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14252270 | *+ | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14252280 | *+ | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252278 | ##+ | Department of Education, FedLoan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: agro | Page 3 of 3
Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 36

Date: Nov 12, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor FIRST NIAGARA BANK N.A. bnicholas@kmllawgroup.com

Dennis J. Spyra
    on behalf of Debtor Ronald W Hallas Jr. attorneyspyra@dennisspyra.com

Dennis J. Spyra
    on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com

Garry Alan Masterson
    on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Joshua I. Goldman
    on behalf of Creditor FIRST NIAGARA BANK N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9