IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22388-GLT |
| | : | Chapter 13 |
| Ronald W. Hallas, Jr. | : | |
| Kristen M. Hallas, | : | |
|       Debtors, | : | |
| | : | |
| Ronald W. Hallas, Jr. | : | Related to Document No. |
| Kristen M. Hallas, | : | |
|       Movants, | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | May 4, 2022 at 10:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|       Respondent. | : | |

**CERTIFICATE OF SERVICE OF MOTION TO REOPEN CHAPTER 13 CASE AND PERMIT PAYMENT OF UNCLAIMED FUNDS AND NOTICE OF HEARING AND RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on March 28, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:
See attached list.

Service by NEF:
Office of the U.S. Trustee
1001 Liberty Avenue
Liberty Center, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

EXECUTED ON: March 28, 2022    By:    /s/ Dennis J. Spyra, Esq.
Dennis J. Spyra & Associates
3265 Long Hollow Road
Elizabeth, PA 15037
(412) 673-5228
attorneyspyra@dennisspyra.com
PA I.D. # 46188

PAWB Local Form 7 (07/13)

Ally Bank
PO Box 130424
Roseville MN 55113-0004

BB&T
P.O. Box 1847
Wilson, NC 27894

Brendan K Petrick, Esquire
104 Braemont Place
McKeesport, PA 15135

Capital One
PO Box 85520
Richmond, VA 23285

Capital One Auto Finance c/o AIS Portfolio Service
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

CBE Group
1309 Technology Parkway
Cedar Falls, IA 50613

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase
P.O. Box 15325
Wilmington, DE 19886

Citi Bank
PO Box 6241
Sioux Falls, SD 57117

Climatech, Inc.
200 Bilmar Drive
Pittsburgh, PA 15205

Community Bank
P.O. Box 357
100 North Market Street
Carmichaels, PA 15320

County of Allegheny
c/o Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Department of Education
FedLoan Servicing
P.O. Box 530210
Atlanta, GA 30353

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

Elizabeth Forward School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Elizabeth Forward School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235

First Niagara Bank, N.A.
6950 South Transit Road
PO Box 514
Lockport NY 14095-0514

First Niagara Bank, N.A.
P.O. Box 28
Buffalo, NY 14240-0028

KeyBank N.A., as S/B/M to First Niagara Bank, NA
4910 Tiedeman Road
Brooklyn, OH 44144

Kohl's
P.O. Box 2983
Milwaukee, WI 53201

National City Card Services
4661 East Main Street
Columbus, OH 43251

PNC BANK N.A.
P.O. BOX 94982
CLEVELAND, OH 44101-0570

Ronald W. Hallas, Jr.
Kristen M. Hallas
900 Pineview Drive
Elizabeth, PA 15037

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

The Receivable Management
240 Emery Street
Bethlehem, PA 18015

Township of Elizabeth
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

US Dept of Education
P.O. Box 5609
Greenville, TX 75403