IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Ronald W. Hallas, Jr. | : | Bankruptcy No. 16-22388-GLT |
| Kristen M. Hallas, | : | Chapter 13 |
|     Debtors, | : | Document No. |
| Ronald W. Hallas, Jr. | : | Hearing Date & Time: |
| Kristen M. Hallas, | : | May 4, 2022 at 10:00 a.m. |
|     Movants, | : | |
| v. | : | |
| No Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO REOPEN CHAPTER 13 CASE AND PERMIT PAYMENT OF UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 28, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 14, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 14, 2022         By: /s/ Dennis J. Spyra, Esq.
                                  Dennis J. Spyra & Associates
                                  3265 Long Hollow Road
                                  Elizabeth, PA 15037
                                  (412) 673-5228
                                  attorneyspyra@dennisspyra.com
                                  PA I.D. # 46188

**PAWB Local Form 25 (07/13)**