FILED
4/15/22 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-22388-GLT |
| Ronald W. Hallas, Jr. | : | Chapter 13 |
| Kristen M. Hallas, | : | |
|     Debtors, | : | Related to Docket No. 96 |
| | : | |
| Ronald W. Hallas, Jr. | : | |
| Kristen M. Hallas, | : | |
|     Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|     Respondent. | : | |

## ORDER OF COURT

AND NOW, this  15th Day of April          , 2022, after hearing and notice, it is hereby Ordered, Adjudged, and Decreed that the Chapter 13 case be reopened for the limited purpose of Debtors' request to receive unclaimed funds in the amount of $678.76, submitted by the Chapter 13 Trustee to the Court as unclaimed funds.

Within 30 days of this Order, Debtors shall filed their motion for payment of the unclaimed funds and serve it in accordance with W.PA.LBR 3011-1(a). If no motion is timely filed, the Clerk is authorized to close the case within 45 days of this Order.

_____
UNITED STATES BANKRUPCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22388-GLT
Ronald W Hallas, Jr.  Chapter 13
Kristen M. Hallas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Apr 15, 2022      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Hallas, Jr., 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| jdb | #+ | Kristen M. Hallas, 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, Oh 44144-2338 |
| 14252269 | + | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14252276 | + | Climatech, Inc., 200 Bilmar Drive, Pittsburgh, PA 15205-4601 |
| 15273422 | + | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14255046 | + | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15288127 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14252283 | + | National City Card Services, 4661 East Main Street, Columbus, OH 43251-0001 |
| 14252284 | #+ | The Recievable Manangement, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15273421 | + | Township of Elizabeth, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2022 23:04:32 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2022 23:04:32 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 15 2022 23:15:44 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14270212 | | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2022 23:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14272139 | | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2022 23:07:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14252268 | | Email/Text: bankruptcy@bbandt.com | Apr 15 2022 23:07:00 | BB&T, P.O. Box 1847, Wilson, NC 27894 |
| 14252271 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2022 23:04:52 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14252272 | + | Email/Text: bankruptcynotices@cbecompanies.com | Apr 15 2022 23:07:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14252277 | | Email/Text: svlainich@communitybank.tv | Apr 15 2022 23:07:00 | Community Bank, P.O. Box 357, 100 North Market Street, Carmichaels, PA 15320 |

Case 16-22388-GLT    Doc 102    Filed 04/17/22    Entered 04/18/22 00:18:09    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2022 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14256600 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2022 23:04:52 | Capital One Auto Finance, c/o AIS Portfolio Service, 4515 N Santa Fe Ave.Dept. APS, Oklahoma City, OK 73118-7901 |
| 14273963 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2022 23:04:52 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2022 23:15:45 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14279063 | + | Email/Text: ebnjts@grblaw.com | Apr 15 2022 23:07:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14295830 | + | Email/Text: fnb.bk@fnfg.com | Apr 15 2022 23:07:00 | FIRST NIAGARA BANK, N.A., First Niagara Bank, PO Box 514, Lockport, NY 14095-0514 |
| 14277312 | | Email/Text: fnb.bk@fnfg.com | Apr 15 2022 23:07:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14252279 | + | Email/Text: fnb.bk@fnfg.com | Apr 15 2022 23:07:00 | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252281 | | Email/Text: fnb.bk@fnfg.com | Apr 15 2022 23:07:00 | First Niagra Bank, N.A., P.O. Box 28, Buffalo, NY 14240-0028 |
| 14252273 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2022 23:04:43 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14252274 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2022 23:04:32 | Chase, P.O. Box 15325, Wilmington, DE 19886 |
| 15107026 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 15 2022 23:07:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14252282 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 15 2022 23:07:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14302382 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2022 23:07:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14255491 | | Email/Text: bnc-quantum@quantum3group.com | Apr 15 2022 23:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14257196 | | Email/PDF: rmscedi@recoverycorp.com | Apr 15 2022 23:04:52 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14252285 | + | Email/Text: EDBKNotices@ecmc.org | Apr 15 2022 23:07:00 | Us Dept of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 14278132 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2022 23:04:43 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | FIRST NIAGARA BANK, N.A. |
| cr | *+ | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14252270 | *+ | Brendan K Petrick, Esquire, 104 Braemont Place, McKeesport, PA 15135-2108 |
| 14252280 | *+ | First Niagra, P.O. Box 514, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14252278 | ##+ | Department of Education, FedLoan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 15, 2022 | Form ID: pdf900 | Total Noticed: 37 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIRST NIAGARA BANK N.A. bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor Ronald W Hallas Jr. attorneyspyra@dennisspyra.com |
| Dennis J. Spyra | on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com |
| Garry Alan Masterson | on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net |
| Joshua I. Goldman | on behalf of Creditor FIRST NIAGARA BANK N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9