IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22388-GLT |
| Ronald W. Hallas, Jr. | : | Chapter 13 |
| Kristen M. Hallas, | : | |
|     Debtors, | : | |
| | : | |
| Ronald W. Hallas, Jr. | : | Related to Document Nos. 103, 104 |
| Kristen M. Hallas, | : | |
|     Movants, | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | June 15, 2022 at 10:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATE OF SERVICE OF MOTION TO REIMBURSE DEBTORS FOR CHAPTER 13 PAYMENT AND NOTICE OF HEARING AND RESPONSE DEADLINE**

    I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on April 25, 2022.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:

Ronald W. Hallas, Jr.
Kristen M. Hallas
900 Pineview Drive
Elizabeth, PA 15037

Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

Service by NEF:

Office of the U.S. Trustee
1001 Liberty Avenue
Liberty Center, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

EXECUTED ON: <u>April 25, 2022</u>    By:    <u>/s/ Dennis J. Spyra, Esq.</u>
Dennis J. Spyra & Associates
3265 Long Hollow Road
Elizabeth, PA 15037
(412) 673-5228
attorneyspyra@dennisspyra.com
PA I.D. # 46188

**PAWB Local Form 7 (07/13)**