IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Ronald W. Hallas, Jr. | : | Bankruptcy No. 16-22388-GLT |
| Kristen M. Hallas, | : | Chapter 13 |
|     Debtors, | : | |
| Ronald W. Hallas, Jr. | : | Document No. |
| Kristen M. Hallas, | : | Hearing Date & Time: |
|     Movants, | : | June 15, 2022 at 10:00 a.m. |
| v. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO REIMBURSE DEBTORS FOR CHAPTER 13 PAYMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 25, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 12, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 13, 2022                         By: /s/ Dennis J. Sprya, Esq.
                                                                              Dennis J. Spyra & Associates
                                                                              3265 Long Hollow Road
                                                                              Elizabeth, PA 15037
                                                                              (412) 673-5228
                                                                              attorneyspyra@dennisspyra.com
                                                                              PA I.D. # 46188

**PAWB Local Form 25 (07/13)**