FILED
5/13/22 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-22388-GLT |
| Ronald W. Hallas, Jr. | : | Chapter 13 |
| Kristen M. Hallas, | : | |
|     Debtors, | : | Related to Docket No. 103 |
| | : | |
| Ronald W. Hallas, Jr. | : | |
| Kristen M. Hallas, | : | |
|     Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|     Respondent. | : | |

## ORDER OF COURT

AND NOW, this  13th Day of May        , 2022, after hearing and notice, it is hereby Ordered, Adjudged, and Decreed that the Bankruptcy Clerk's office shall reimburse Debtors for the unclaimed funds in the amount of $678.76, submitted by the Chapter 13 Trustee to the Court, on 1/26/22 at Docket No. 92 for Ronald W Hallas, Jr. and Kristen M Hallas.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22388-GLT
Ronald W Hallas, Jr.  Chapter 13
Kristen M. Hallas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: May 13, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Hallas, Jr., 900 Pineview Drive, Elizabeth, PA 15037-9418 |
| jdb | #+ | Kristen M. Hallas, 900 Pineview Drive, Elizabeth, PA 15037-9418 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIRST NIAGARA BANK N.A. bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Joint Debtor Kristen M. Hallas attorneyspyra@dennisspyra.com |
| Dennis J. Spyra | on behalf of Debtor Ronald W Hallas Jr. attorneyspyra@dennisspyra.com |
| Garry Alan Masterson | on behalf of Creditor KeyBank N.A. S/B/M First Niagara pitecf@weltman.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 13, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Joshua I. Goldman
    on behalf of Creditor FIRST NIAGARA BANK  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9